STATE OF NEW JERSEY v. GEORGE E. GRESHAM.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EMANUEL HUTCHINSON.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL BYNUM.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE MERLINO.

February 13, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 147)

STATE OF NEW JERSEY v. JERRY MACCARIO.

February 13, 1986.

Petition for certification denied.